Joseph A. Yazbeck, Jr., OSB # 77400
David H. Bowser, OSB #01209
Yazbeck, Cloran & Hanson, PC
1300 S.W. Fifth Avenue, Suite 2750
Portland, OR 97201-5617
Phone: (503) 227-1428
Fax: (503) 227-4866
E-mail: jay@yazbeckhanson.com
       dhb@yazbeckhanson.com
Of Attorneys for Plaintiff Kerr

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### (BID PROTEST)

| | |
|---|---|
| KERR CONTRACTORS, INC., | |
| Plaintiff, | CASE No. 09-CV-523-LJB |
| | Judge Laura Bush |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant, | **PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD** |
| and | |
| KIEWIT PACIFIC CO., | |
| Intervenor-Defendant. | |

Plaintiff Kerr Contractors, Inc. hereby moves for judgment upon the administrative record. The motion is supported by the accompanying memorandum, the administrative record on file, the motion to supplement the record, the Declaration of Brent Kerr, the exhibits attached thereto, and the Court's file herein.

DATED this 26 day of August, 2009.

                                          /s Joseph A. Yazbeck, Jr.
                                      Joseph A. Yazbeck, Jr, OSB # 77400
                                      Of Attorneys for Plaintiff Kerr